LESLIE R. CURTIS, pro ami, *vs.* AUBURN PAPER BOX COMPANY.

Androscoggin County. Decided February 16, 1911. Action on the case to recover damages for personal injuries sustained by the plaintiff while in the employ of the defendant and caused by the

alleged negligence of the defendant. Verdict for plaintiff for $1202.91. Defendant filed a general motion for a new trial and also excepted to several rulings. Exceptions not considered. Motion sustained. New trial granted. *McGillicuddy & Morey*, for plaintiff. *Oakes, Pulsifer & Ludden*, for defendant.